

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00003-CV

**IN THE INTEREST OF C.C.**, a Child

From the 198th Judicial District Court, Kimble County, Texas
Trial Court No. DCV-2012-1292
Honorable Susan Hern, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice

Delivered and Filed:  March 5, 2014

DISMISSED FOR WANT OF PROSECUTION;
MOTION TO DISMISS DENIED AS MOOT

The clerk's record was originally due on February 3, 2014.  On January 31, 2014, the trial court clerk filed a Notification of Late Record, stating the clerk's record would not be filed because appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant is not entitled to appeal without paying the fee.  On February 3, 2014, appellee filed a motion to dismiss on the grounds that appellant's notice of appeal was untimely.

Because the clerk's record had not yet been filed, on February 4, 2014, this court ordered appellant to provide written proof to this court no later than February 14, 2014 that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee.  Our order cautioned appellant that if he failed

to file such written proof within the time provided, this appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

Appellant has not responded; therefore, this appeal is dismissed for want of prosecution. Appellee's motion to dismiss is denied as moot.

PER CURIAM